IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TAMARA LONG                                                                              PETITIONER

v.                                                                                      No. 3:25-cv-182-SA-RP

STATE OF MISSISSIPPI                                                   RESPONDENT

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On June 23, 2025, the court entered an order requiring the plaintiff to submit a proper 2254 form and either submit a completed application to proceed *in forma pauperis* or pay the $5.00 filing fee. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has long since passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

SO ORDERED, this, the 21st day of January, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE